**Order entered October 13, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00735-CR

**FRANCISCO J. TRUJILLO-CAMACHO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-84704-2016**

## ORDER

Before the Court is the October 11, 2017 request of court reporter Denise Condran for a third extension of time to file the reporter's record. We **GRANT** the request and extend the time to file the reporter's record until November 6, 2017. If the reporter's record is not filed by November 6, 2017, the Court may utilize its available remedies, which may include ordering Ms. Condran not to sit until the complete reporter's record has been filed.

/s/    ADA BROWN
        JUSTICE